**MSF**
Morvillo Abramowitz Grand Iason & Anello P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/22

Jason I. Ser
*Partner*
Direct (646) 539-3712
Fax (212) 655-3535
jis@msf-law.com

November 18, 2022

**BY ECF AND EMAIL**

The Honorable Paul E. Davison
United States Magistrate Judge
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. James Bowers*, 22mj7924

Dear Judge Davison:

We write on behalf of our client, James Bowers, to respectfully request that the Court modify the conditions of release imposed in this case at the arraignment hearing on September 29, 2022. At that time, Magistrate Judge McCarthy ordered, among other conditions, release on a personal appearance bond secured by Mr. Bowers's signature and the signatures of two financially responsible adults, along with home detention and electronic monitoring. Mr. Bowers currently resides at his home in Poughkeepsie, New York, and is supervised by United States Probation Officer Leo Barrios. Mr. Bowers seeks to temporarily modify the home confinement condition for the upcoming Thanksgiving holiday.

Mr. Bowers seeks permission to attend Thanksgiving Day festivities on November 24, 2022, with his family at his brother's home in Fishkill, New York, from 1:30 p.m. to 8:30 p.m. Mr. Bower's brother is a surety on the bond in this case. Mr. Bower's mother will also be present and is the other surety on the bond. If approved, Mr. Bowers will provide Pretrial Services with his brother's address.

*[Handwritten: Granted subject to #2.]*

**APPLICATION GRANTED**
*[Signature]*
Hon. Paul E. Davison, U.S.M.J.
11-18-22

Hon. Paul E. Davison
November 18, 2022
Page 2 of 2



We contacted Officer Barrios about the instant modification request. Mr. Barrios informed us that Pretrial Services consents to the request. According to Mr. Barrios, Mr. Bowers is in full compliance with all conditions of pretrial release to date. Pretrial requests that any Court order approving this modification specifically note that Mr. Bowers shall not be left unattended with any minors. Mr. Bowers does not oppose inclusion of this language in the Court's order.

We also corresponded with Assistant United States Attorney Marcia Cohen about the instant modification request. Ms. Cohen informed us that the government has no objection if Pretrial Services is amenable to the request.

Thank you for your consideration of this matter.

Respectfully submitted,

___/S/JIS___
Jason I. Ser
Meister Seelig & Fein LLP
125 Park Avenue, Suite 700
New York, New York 10017
*Counsel for Defendant Jacob Daskal*


cc:  Counsel of record (via ECF)
     United States Pretrial Services (via Email)

