UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | STIPULATION IN SUPPORT OF APPLICATION FOR 7TH OR SUBSEQUENT ORDER OF CONTINUANCE AND 7th ORDER OF CONTINUANCE |
| -v- | |
| JAMES BOWERS, JR, | |
| Defendant. | 22 Mag. 7924 |

------------------------------------------------------------x

The United States of America and the defendant jointly request and agree that the time period from **4/12/2023** to **5/10/2023** be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(b) and (h)(7). The parties submit that there is good cause for an additional exclusion of time because the parties are exploring a possible disposition of this case prior to trial, and defense counsel is in the process of preparing a submission concerning a potential disposition. Defense counsel has retained an expert, who has examined the defendant, and is preparing a report for defense counsel. Defense counsel is hopeful that such report will be provided within the next few weeks, after which counsel will be able to complete his submission.

By the following signatures we agree and consent to the exclusion of time noted above:

_____   4-11-2023          _____   4-11-2023
Defendant's Counsel        Date               Assistant U.S. Attorney    Date
Jason Ser, Esq.                                Marcia S. Cohen

The defendant states that he has been fully advised by counsel of his rights guaranteed under (a) of the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted pursuant to that Act.  The defendant understands that he/she has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above.  The defendant consents and agrees to the above request.

_____   4/11/2023
Defendant                  Date
JAMES BOWERS, JR.

The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the time period from **4/12/2023** to **5/10/2023** is hereby excluded in computing the time within which an indictment or information must be filed. The

Court grants this continuance on the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, for the reasons set forth above. The ~~Court further~~ orders: _____.

Dated: 4-12-2023
White Plains, New York

**SO ORDERED**

_____
Hon. Judith C. McCarthy
United States Magistrate Judge