

*Jason I. Ser*
*Partner*
Direct (646) 539-3712
Fax (212) 655-3535
jis@msf-law.com

September 20, 2023

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
300 Quarropas Street
White Plains, New York 10601

 Re: *United States v. James Bowers, Jr.,* **22mj7924**

Dear Judge Krause:

 We write on behalf of our client, James Bowers, Jr., to respectfully request that the Court modify the conditions of release imposed in this case at the arraignment hearing on September 29, 2022. At that time, Judge McCarthy ordered, among other conditions, release on a personal appearance bond secured by Mr. Bowers' signature and the signatures of two financially responsible adults, along with home detention and electronic monitoring. Mr. Bowers currently resides at his home in Poughkeepsie, New York, and is supervised by United States Probation Officer Leo Barrios. Mr. Bowers seeks to temporarily modify the home confinement condition for his mother's upcoming birthday.

 Mr. Bowers seeks permission to attend a family dinner on September 23, 2023, with his family at Tiramisu Restaurant, in Hopewell Junction, New York, from 5:00 p.m. to 9:00 p.m. Mr. Bowers' brother is a surety on the bond in this case. Because it is her birthday, Mr. Bowers' mother will also be present and is the other surety on the bond. If approved, Mr. Bowers will provide Pretrial Services with the restaurant address.

Hon. Andrew E. Krause
September 20, 2023
Page 2 of 2

We contacted Pretrial Services Officer Leo Barrios about the instant modification request. Mr. Barrios informed us that Pretrial Services consents to the request. According to Mr. Barrios, Mr. Bowers is in full compliance with all conditions of pretrial release to date. Pretrial requests that any Court order approving this modification specifically note that Mr. Bowers shall not be left unattended with any minors. Mr. Bowers does not oppose inclusion of this language in the Court's order.

We also corresponded with Assistant United States Attorney Marcia Cohen about the instant modification request. Ms. Cohen informed us that the government has no objection if Pretrial Services is amenable to the request.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/JIS

Jason I. Ser
Meister Seelig & Fein PLLC
125 Park Avenue, Suite 700
New York, New York 10017
*Counsel for Defendant James Bowers. Jr.*

cc: Counsel of record (via email)
United States Pretrial Services (via email)

**APPLICATION GRANTED.** Mr. Bowers is hereby authorized to attend the family dinner in Hopewell Junction, New York, as specified in this application. Mr. Bowers must not be left unattended with any minors while at the dinner, or while traveling to or from the dinner.
Dated: September 21, 2023

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge