```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                    STIPULATION IN SUPPORT
                                            OF APPLICATION FOR
            -v-                             7TH OR SUBSEQUENT
                                            ORDER OF CONTINUANCE AND
JAMES BOWERS, JR,                           16th ORDER OF CONTINUANCE


                    Defendant.              22 Mag. 7924
------------------------------------------------------------x
```

      The United States of America and the defendant jointly request and agree that the time period from **12/20/2023** to **1/17/2024** be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(b) and (h)(7). The parties submit that there is good cause for an additional exclusion of time because the parties are exploring a possible disposition of this case prior to trial. Defense counsel retained an expert, who examined the defendant, and prepared a report for defense counsel. At the end of September, counsel provided its submission to the Government requesting an alternative disposition. The Government has completed its review and has conferred with defense counsel. Defense counsel has requested an opportunity to review some additional materials in the possession of the Government that were not previously made available to defense counsel and then to meet with the Government concerning his request for an alternative disposition. Based on the foregoing, the parties believe that an adjournment is appropriate.

      By the following signatures we agree and consent to the exclusion of time noted above:

| _____ | 12/19/23 | _____ | 12-18-2023 |
|---|---|---|---|
| Defendant's Counsel | Date | Assistant U.S. Attorney | Date |
| Jason Ser, Esq. | | Marcia S. Cohen | |

      The defendant states that he has been fully advised by counsel of his rights guaranteed under (a) of the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted pursuant to that Act. The defendant understands that he/she has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above. The defendant consents and agrees to the above request.

| _____ | 12/19/2023 |
|---|---|
| Defendant | Date |
| JAMES BOWERS, JR. | |

      The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the time period from **12/20/2023** to **1/17/2024** is hereby excluded in computing the time within which an indictment or information must be filed. The Court grants this continuance on the finding that the ends of justice outweigh the interests of the

public and the defendant in a speedy trial, for the reasons set forth above.   The Court further orders: _____.

Dated: __12/20/23__              **SO ORDERED**
White Plains, New York

_____
Hon. Victoria Reznik
United States Magistrate Judge