

Jason I. Ser<br/>
*Partner*<br/>
Direct (646) 539-3712<br/>
Fax (212) 655-3535<br/>
jis@msf-law.com

June 4, 2023

**BY EMAIL**

The Honorable Victoria Reznik
United States Magistrate Judge
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

    Re: *United States v. James Bowers, Jr.*, 22mj7924

Dear Judge Reznik:

    We write on behalf of our client, James Bowers, Jr., to respectfully request that the Court modify the conditions of release imposed in this case at the arraignment hearing on September 29, 2022. At that time, Magistrate Judge McCarthy ordered, among other conditions, release on a personal appearance bond secured by Mr. Bowers's signature and the signatures of two financially responsible adults, along with home detention and electronic monitoring. Mr. Bowers currently resides at his home in Poughkeepsie, New York, and is supervised by United States Probation Officer Leo Barrios.

    Mr. Bowers seeks to temporarily modify the home confinement condition so that he may be permitted at the discretion of the White Plains Pretrial Services Office to travel to Vassar Brothers Medical Center in Poughkeepsie and visit his mother, who was hospitalized there on June 3, 2024.

    We contacted Pretrial Services Officer Leo Barrios about the instant modification request. Mr. Barrios informed us that Pretrial Services consents to the request. Pretrial requests that any Court order approving this modification specifically note that Mr. Bowers shall not be left unattended with any minors. Mr. Bowers does not oppose inclusion of this language in the Court's order.

The defendants bail conditions are modified so that he may
visit his mother at Vassar Brothers Medical Center in
Poughkeepsie during her confinement there. The defendant is
to coordinate these visits with Pretrial Services beforehand.
The defendant shall not be left unattended with any minors
during these visits.

APPLICATION GRANTED
*[signature]*
Hon. Victoria Reznik, U.S.M.J.
**June 4, 2024**

125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 | meisterseelig.com

We also spoke with Assistant United States Attorney Marcia Cohen about the instant modification request. Ms. Cohen informed us that the government does not object to the request.

Thank you for your consideration of this matter.

Respectfully submitted,

/S/JIS

Jason I. Ser
Meister Seelig & Fein PLLC
125 Park Avenue, Suite 700
New York, New York 10017
*Counsel for Defendant James Bowers. Jr.*

cc: Counsel of record (via email)
United States Pretrial Services (via email)

Meister Seelig & Fein PLLC

125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 | meisterseelig.com